JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: October 20, 2010

Check No. 2013812

Check Amount: $41.46

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-40457-R | 00004 | DANNY JOE & LYNN ANN BOWLES | 1 | 6246 | 0.00 | 4.51 | 4.51 |
| | | Original check written to: HSBC CONSUMER LENDING 1301 EAST TOWER ROAD SCHAUMBERGE, IL 60173-4331 | | | | | |
| 09-42207-R | 00007 | HUMBERTO ACUNA | 10 | 6652 | 0.00 | 3.73 | 3.73 |
| | | Original check written to: BALTAZAR RIVERA DBA T AND T AUTO SALES 1212 LAKESHORE DRIVE IRVING, TX 75061 | | | | | |
| 09-50240-R | 00004 | HOLETHIA DENE JOHNSON | 13 | XXXXX1043 | 33.22 | 0.00 | 33.22 |
| | | Original check written to: TEXAS TITLE PAYDAY LOANS 1400 S. JEFFERSON MOUNT PLEASANT, TX 75455 | | | | | |
| | | | **TOTALS** | | **$33.22** | **$8.24** | **$41.46** |